Argued December 7—decided December 7, 1976

STATE OF CONNECTICUT *v.* JOHN L. LEWIS

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court for the judicial district of Waterbury with proper diligence, it is, under Prac-

tice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant on or before December 28, 1976, files his brief.

*Michael J. Daly III,* special public defender, for the appellant (defendant).

*Joseph A. Hill,* assistant state's attorney, for the appellee (state).